413 A.2d 1138

Yurt et al., Appellants, v. Brumage, Spriggs, Rainey, Funk et al., and Lewis.

632

Submitted October 26, 1978. James Hook, for appellants; Harry J. Cancelmi, Jr., for appellees Spriggs, Jennings, Rainey, Funk and Lewis.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.